### HUBBEL, EXECUTOR OF HENDRICK WINEGAR, v. PRAT.

An executor has no right to petition relative to lands, unless wanted to pay debts, or is particularly authorized by the will.

PETITION in chancery; showing, that said Prat was a collector of taxes for the town of Kent; that he had a tax against said Winegar, for £22; that he levied upon a tract of land, described in the petition, worth £240 lawful money, and sold

it on the 20th of March, A. D. 1787, to          Botsford for said taxes and cost, that Botsford had reconveyed said land to said Prat; that said Winegar died in July, 1787, having appointed the petitioner his executor; that the estate was insolvent; that said Prat exhibited said taxes to the commissioners as a claim against said estate, and had them allowed; that the petitioner was ignorant of said sale and deed, until after a year had elapsed from the sale; that the heirs of said Winegar were minors; that said Winegar refused to receive said taxes, interest and cost, and to release said lands; praying that he might be compelled to do it.

Upon the evidence it appeared — That the land was worth much more than it was sold for; that said Winegar's estate was not insolvent; that the executor had discretionary power given him by the will, to sell lands, if necessary for certain purposes; that said Winegar had personal estate to pay said taxes, and other lands which were clear.

After hearing the case upon the merits, the court dismissed the petition; because the executor did not show that he had right to bring this petition as it was not wanted to pay the debts, nor to answer the purposes of the will. The right therefore if any existed, was in the heirs of said Winegar, and not in the executor.